```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
STEVIE ROBINSON,                                                     :
                                                                     :
                                Plaintiff,                           :
                                                                     :       23-cv-9366 (LJL)
                -v-                                                  :
                                                                     :          ORDER
MSG ENTERTAINMENT GROUP, LLC, et al.,                                :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Pursuant to the unopposed motion to amend the caption and the complaint to include the correct corporate entity, made and granted at the initial pretrial conference held on February 28, 2024, Plaintiff filed an Amended Complaint on March 13, 2024. Dkt. No. 51. The Court intends to treat Defendants' partial motion to dismiss as directed to the Amended Complaint. Dkt. No. 42. That motion is fully submitted. Parties are directed to inform the Court by no later than Monday, March 18, 2024, if they object to the Court treating the partial motion to dismiss already submitted as a motion brought on behalf of all Defendants (including the newly added corporate Defendant) against the Amended Complaint, and if they object to the Court deciding the motion on the papers already submitted.

     SO ORDERED.

Dated: March 14, 2024  
       New York, New York                                                 LEWIS J. LIMAN  
                                                                    United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 03/14/2024