```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
STEVIE ROBINSON, :
 :
                Plaintiff, :
 :     23-cv-9366 (LJL)
      -v- :
 :     <u>ORDER</u>
MSG ENTERTAINMENT GROUP, LLC, et al., :
 :
                Defendants. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As indicated on the record at the conference yesterday, October 15, 2025, Plaintiff's counsel shall file a letter with the Court by October 29, 2025, indicating whether differences between counsel and Plaintiff have been resolved and whether the motion to be relieved as counsel is withdrawn.

      The case is stayed pending resolution of the motion to withdraw.

      SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                                       LEWIS J. LIMAN
                                                   United States District Judge