```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
STEVIE ROBINSON, :
:
Plaintiff, :
: 23-cv-9366 (LJL)
-v- :
: ORDER
MSG ENTERTAINMENT GROUP, LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of letters from Plaintiff and Plaintiff's counsel regarding the pending motion to withdraw as attorney. *See* Dkt. Nos. 79, 83. The Court will hold a telephonic conference on the motion on November 5, 2025, at 12:00 PM. Mr. Robinson should be present for the conference. The parties and counsel are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

SO ORDERED.

Dated: October 31, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge