UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/21/2026

STEVIE ROBINSON,

                    Plaintiff,

       -v-

MSG ENTERTAINMENT GROUP, LLC, et al.,

                Defendants.

-------------------------------------------------------------------X

23-cv-9366 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff has filed a motion seeking so-ordered subpoenas and sanctions against non-party Accurate Background.  Dkt. No. 86.  Plaintiff asserts that Accurate Background has in bad faith ignored multiple subpoenas since October 2025.  *Id.*  The Court construes the motion as one to compel compliance with the subpoenas under Federal Rule of Civil Procedure 45(d)(2)(B)(i).

On November 6, 2025, the Court issued an order staying this case for ninety days to permit Plaintiff to seek replacement counsel but further specifying that the stay did not "affect preexisting third-party party discovery obligations."  Dkt. No. 85 at 1.  To the extent that lifting the stay is now necessary to address Plaintiff's motion, the stay is lifted for that limited purpose only.  Accurate Background shall respond within two weeks of the date of this Order and shall serve the self-represented Plaintiff with a copy of its response at the address reflected on the docket.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address reflected on the docket.  Plaintiff is directed to email this Order to counsel for Accurate Background at the email address reflected in Dkt. No. 82-4: dkim@accurate.com.  The Court

will further email this Order to Accurate Background at dkim@accurate.com.  Failure of

Accurate Background to timely respond will result in the Court considering the motion

unopposed.

     SO ORDERED.

Dated: January 21, 2026
     New York, New York

                                             LEWIS J. LIMAN
                                  United States District Judge