UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

STEVIE ROBINSON,

                    Plaintiff,

       -v-

MSG ENTERTAINMENT GROUP, LLC, et al.,

                 Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/28/2026__

23-cv-9366 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received an email (see attached below) from Danielle Kim, counsel for non-party Accurate Background, informing the Court that Accurate has responded to Plaintiff's subpoena by sending him the documents he seeks via both mail and email.

Plaintiff is therefore directed to file a response with the Court by February 11, 2026, indicating whether his motion at Dkt. No. 86 should be denied as moot.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address reflected on the docket.

SO ORDERED.

Dated: January 28, 2026
      New York, New York
                                 LEWIS J. LIMAN
                          United States District Judge

**From:** [Danielle Kim](#)
**To:** [Liman NYSD Chambers](#)
**Subject:** Re: Order in No. 23-cv-9366
**Date:** Tuesday, January 27, 2026 4:07:03 PM
**Attachments:** [image.png](#)
[image.png](#)
[Outlook-4wlasftc.png](#)

<span style="background-color: yellow">**CAUTION - EXTERNAL:**</span>

Your Honor,

Documents requested by order were sent to Mr. Robinson today via email and mail (Fedex Tracking # 888244585270).

Two emails were sent to Mr. Robinson and confirmation of delivery was received. (See images of delivery confirmation below.) First Email containing password protected documents and the Second Email containing the password.



Thank you.

**Warmest Regards,**

**Danielle H. Kim**
**Associate Counsel**
www.accurate.com

Upcoming OOO
February 17 to 25th.



This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient named in the original email to which this message was attached. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please return this email to the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**NOTE: Accurate Background, LLC is not a law firm.**

---

**From:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Sent:** Wednesday, January 21, 2026 9:46 AM
**To:** Danielle Kim <dkim@accurate.com>
**Subject:** Order in No. 23-cv-9366

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning counsel,

Please see the attached Order in Case No. 23-cv-9366, which will be docketed shortly.

Thank you,

Judge Liman's Chambers

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.