UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                    :
STEVIE ROBINSON,                                                    :
                                                                    :
                          Plaintiff,                                :
                                                                    :                23-cv-9366 (LJL)
            -v-                                                     :
                                                                    :                ORDER
MSG ENTERTAINMENT GROUP, LLC, et al.,                               :
                                                                    :
                          Defendants.                               :
                                                                    :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/12/2026

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference yesterday, February 11, 2026.  As indicated at the conference, this case is stayed in its entirety until March 13, 2026.  Discovery is paused, and Plaintiff should not file any new motions while the stay is in place.

The deadline for Plaintiff to request that the Court direct the Clerk to locate *pro bono* counsel is February 25, 2026.  Although a court has no authority to "appoint" counsel, it may instead "request" that an attorney volunteer to represent a litigant.  *Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296, 301–10 (1989).  If Plaintiff seeks the Court's assistance in locating *pro bono* counsel, Plaintiff shall describe his prior "efforts to obtain counsel."  *Hodge v. Police Officers*, 802 F.2d 58, 61 (2d Cir. 1986); *see also Cooper v. A. Sargenti Co.*, 877 F.2d 170, 173 (2d Cir. 1989) (in deciding whether to appoint counsel, the court should consider "the ability of the claimant to obtain a lawyer otherwise than through *pro bono* appointment").  The Court must also consider the individual's "ability to present the case" in the absence of counsel.  *Hodge*, 802 F.2d at 63.  If Plaintiff is inclined to disregard counsel's advice unless the advice mimics what Plaintiff would do if he did not have counsel, that would cut against the

appointment of counsel.  If Plaintiff does not file a letter with the Court by February 25, 2026, the Court will assume that he wishes to proceed unrepresented.

If Plaintiff wishes to proceed unrepresented, he is reminded that that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases.  The Clinic may be able to provide advice in connection with a plaintiff's case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM.  Appointments are also available remotely Monday through Friday, 10:00 AM to 4:00 PM.

A telephonic status conference is scheduled in this case for March 25, 2026, at 3:00 PM.  The parties and counsel are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

SO ORDERED.

Dated: February 12, 2026
       New York, New York

_____
             LEWIS J. LIMAN
       United States District Judge

2