UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/25/2026

---------------------------------------------------------------------X
                                                                     :
STEVIE ROBINSON,                                                     :
                                                                     :
                              Plaintiff,                             :
                                                                     :          23-cv-9366 (LJL)
              -v-                                                    :
                                                                     :          ORDER
MSG ENTERTAINMENT GROUP, LLC, et al.,                               :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By order of February 12, 2026, the Court stayed this action in its entirety until March 13, 2026.  Dkt. No. 90.  No motion has been made to lift the stay.  Accordingly, the Court will disregard the letter at Dkt. No. 92.  The motion at Dkt. No. 93 is denied without prejudice to renewal by a new motion when the stay is lifted.  The deadline for Plaintiff to move the Court to request the appointment of pro bono counsel is today, February 25, 2026.  The parties are instructed that while the case is stayed, they are not to file any motions with the Court except motions to lift the stay or with respect to the appointment of counsel.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 93.

SO ORDERED.

Dated: February 25, 2026
       New York, New York                    _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge