UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
STEVIE ROBINSON,                                                    :
                                                                    :
                        Plaintiff,                                  :
                                                                    :            23-cv-9366 (LJL)
            -v-                                                     :
                                                                    :            ORDER
MSG ENTERTAINMENT GROUP, LLC, et al.,                              :
                                                                    :
                        Defendants.                                 :
                                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter yesterday, March 25, 2026.  Defendants are directed to order the transcript for the hearing and to provide a copy to Plaintiff.  As indicated on the record:

The deadline for all discovery is June 12, 2026.  Plaintiff is entitled to up to seven depositions which may be taken by notice to Defendants or by subpoena with respect to witnesses who are not within Defendants' control.  Within two weeks of this Order, Defendants shall provide Plaintiff with last known addresses for those individuals mentioned during the conference who are no longer employed by Defendants.  Defendants are further directed to provide Plaintiff with copies of the discovery previously produced to Plaintiff's counsel and to confirm that no additional responsive documents exist.

The Court will hold an in-person post-discovery status conference on June 17, 2026, at 3:00 PM in Courtroom 15C of the Courthouse at 500 Pearl Street, New York, NY 10007.

The deadline for motions for summary judgment is June 29, 2026.

The Clerk of Court is directed to attempt to locate pro bono counsel for Plaintiff for the

limited purpose of exploring settlement.  Counsel shall discuss with Defendants their position regarding settlement, shall convey Defendants' settlement offer to Plaintiff, and shall be prepared to discuss with Plaintiff his options regarding settlement.  Counsel shall also have the authority to request that the Court refer this case for settlement purposes either to the Magistrate Judge or to the court-annexed mediation program and to represent Plaintiff in settlement discussions. Such limited representation would promote efficiency and potentially "lead to a quicker and more just result."  *See Hodge v. Police Officers*, 802 F.2d 58, 61 (2d Cir. 1986); *see also Batista v. Leclair*, 2020 WL 8678076, at *2 (S.D.N.Y. July 8, 2020) (granting application for appointment of pro bono counsel for settlement discussions); *Villar v. City of New York*, 540 F. Supp. 3d 437, 441 (S.D.N.Y. 2021) (same).  It should be noted that the Court does not have the authority to "appoint" counsel, but instead, may only "request" that an attorney volunteer to represent a litigant pro bono.  *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 301 (1989).  There is no guarantee that a volunteer attorney will decide to take the case or that, should the services of the volunteer be declined, the Court will locate another.  In either instance, Plaintiff should be prepared to proceed with the case without representation.  If an attorney volunteers, the attorney will contact Plaintiff directly.

Plaintiff is reminded that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases.  The Clinic may be able to provide advice in connection with a plaintiff's case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent

deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM.  Appointments are also available remotely Monday through Friday, 10:00 AM to 4:00 PM.

SO ORDERED.


Dated: March 26, 2026
       New York, New York                         LEWIS J. LIMAN
                                              United States District Judge