UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/6/2026

-------------------------------------------------------------------X
                                    :

STEVIE ROBINSON,                      :

              Plaintiff,        :

                                 :                   23-cv-9366 (LJL)

    -v-                         :

                                 :                     ORDER

MSG ENTERTAINMENT GROUP, LLC, et al.,  :

              Defendants.     :

                                 :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic status conference in this matter on May 14, 2026 at 2:00 PM.  Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

SO ORDERED.

Dated: May 6, 2026
       New York, New York

_____
                   LEWIS J. LIMAN
             United States District Judge