UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVIE ROBINSON,

Plaintiff,

-v-

MSG ENTERTAINMENT GROUP, LLC. ET AL,

Defendants.

---

23-cv-09366 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Mr. Robinson's application for an extension of time and stay of all deadlines at Dkt. No. 109. The Status Conference scheduled for tomorrow, September 22, 2026 is cancelled. Instead, the Court will hold a telephonic status conference on October 6, 2026 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

Counsel for Defendants is directed to provide a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: September 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge